GEORGE M. MURPHEY V. ILLINOIS TRUST & SAVINGS
BANK.

FILED APRIL 6, 1899. No. 8851.

Unauthenticated Bill of Exceptions: REVIEW. A bill of exceptions
will be disregarded in the appellate court unless authenticated
by the certificate of the clerk of the court below.

ERROR from the district court of Saline county. Tried
below before HASTINGS, J. *Affirmed.*

· *F. I. Foss* and *W. R. Matson,* for plaintiff in error.

*F. C. Power, contra.*

NORVAL, J.

This was an action in ejectment, and the defendant has
prosecuted error from the judgment obtained against him
in the court below. Attached to the clerk's transcript
of the pleadings and judgment is a document styled a
"Bill of Exceptions," but it is in no manner authenticated
by the clerk of the district court as being either the orig-
inal bill of exceptions in the cause, or a copy thereof, and
hence must be disregarded. As no question is argued
which does not require an examination and considera-
tion of matters to be found only in a bill of exceptions,
the judgment is

AFFIRMED.